872 So.2d 1087 (2004)
REGENCY MOTORS OF METAIRIE, L.L.C. d/b/a Regency Ford, Troy J. Duhon, Allen Krake, Michael M. Seago and David R. Williams
v.
HIBERNIA-ROSENTHAL INS. AGENCY, L.L.C. d/b/a Hibernia-Rosenthal Insurance Agency, Inc., Rosenthal Agency, Inc., Hibernia National Bank, Legion Insurance Company, Chubb Insurance Company, Lloyds of London, Inc. and Unionamerica Insurance Company, Ltd.
No. 2004-C-0753.
Supreme Court of Louisiana.
May 7, 2004.
Denied.
CALOGERO, C.J., would grant the writ.